UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

CAROL A. CLARK,

    DEBTOR : BANKRUPTCY NO. 17-15337 AMC

PRAECIPE TO THE CLERK
TO WITHDRAW CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION

TO THE CLERK:

    Kindly withdraw the Chapter 7 Trustee's Report of No Distribution which was entered on the docket on this date, October 11, 2017. The Trustee has since discovered a potential new asset and has just made this an Asset case on the docket.

                      RESPECTFULLY SUBMITTED,

                      *Bonnie B. Finkel*
                      Bonnie B. Finkel
                      Chapter 7 Trustee

Dated: October 11, 2017